■ In the Matter of the Estate of ELEANOR G. KOPEC, Deceased. MICHAEL DUFFY, as Executor of ELEANOR G. KOPEC, Deceased, Appellant; GILBERT H. STONE, Respondent. [849 NYS2d 841]—Appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered October 23, 2006. The order, insofar as appealed from, denied the motion of petitioner for summary judgment dismissing the objections to the accounting.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH S. HOLKA, Appellant. [849 NYS2d 842]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered December 19, 2006. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree and assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of rape in the first degree (Penal Law § 130.35 [1]) and assault in the second degree (§ 120.05 [2]). We reject the contention of defendant that his waiver of the right to appeal was invalid (see People v Lopez, 6 NY3d 248, 256-257 [2006]; People v Pasha, 36 AD3d 425 [2007], lv denied 8 NY3d 989 [2007]), and we further conclude that County Court properly denied his motion to withdraw the plea. Defendant's papers in support of the motion were devoid of any evidence, or indeed any claim, of innocence, fraud, or mistake to warrant withdrawal of the plea (see People v Grantier, 277 AD2d 987 [2000], lv denied 96 NY2d 784 [2001]). Finally, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Martoche, Peradotto, Pine and Gorski, JJ.